```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JOEL C. BUCKLEY                                           PLAINTIFF

      v.              Civil No. 11-5071

WASHINGTON COUNTY
DETENTION CENTER                                          DEFENDANT

## O R D E R

Now on this 27th day of June, 2011, comes on for consideration the **Report And Recommendation** of the Magistrate Judge (document #7), to which no objections have been made, and the Court finds that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, this matter is **dismissed with prejudice.**

IT IS SO ORDERED.

                                            /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**